# EXHIBIT B





RADIO SHOWNEWSVIDEOSSTORE

BREAKING NEWSCONTACT  WATCH LIVE



# SCIENTISTS DEMAND WESTERNERS HAVE FEWER CHILDREN TO STOP CLIMATE CHANGE

Even though westerners aren't having children already.

Paul Joseph Watson | Infowars.com - NOVEMBER 5, 2019    50 Comments



**Over 11,000 scientists have signed an emergency declaration urging westerners to have fewer children in order to stop climate change.**

Erm, one problem with that – westerners aren't having children.

Even if you believe in man-made climate change, the biggest surge in population growth is occurring in Africa and the Middle East, and amongst migrants from those countries who now live in the west.



The scientists write that the global population "must be stabilized—and, ideally,

gradually reduced—within a framework that ensures social integrity."

Given that this report was published in a western science journal and amplified by western media outlets, we can only assume it is aimed at westerners.

Which is a little odd, given that in Europe women are having on average just 1.6 children and in North America 1.9 children, both below the replacement rate.

Meanwhile, in Africa women are having on average 4.5 children and in the Middle East 2.8 children. Many of these families are also producing similar numbers of offspring after they move to western countries.



Are scientists going to tell black and brown people that there should be a lot less of them on the planet?

Sounds pretty racist to me.

In addition, the entire overpopulation argument is alarmist hysteria. It was first

introduced by environmentalist Paul Ehrlich in his 1968 book The Population Bomb, which ludicrously claimed "hundreds of millions of people are going to starve to death" by the 1980's because of overpopulation.

Didn't happen, but climate alarmists are recycling the same debunked garbage in order to impose population control.

Live alone in a pod.

Eat bugs.

Never have children.

Die alone.

While the people telling us are either financially dependent on enviro-hysteria or travel the world in private jet luxury & vacation on 400 foot yachts.

No, fuck off.

As Piers Corbyn said, "Climate policy is there to control you, not climate."



**SUBSCRIBE on YouTube:**


Paul Joseph Watson
YouTube   1M

Follow on Twitter:   Follow @PrisonPlanet

——————————————————————————————————

My voice is being silenced by free speech-hating Silicon Valley behemoths who want me disappeared forever. It is **CRUCIAL** that you support me.

Please sign up for the free newsletter *here*. Donate to me on SubscribeStar *here*.

Support my sponsor – *Turbo Force* – a supercharged boost of clean energy without the comedown.

——————————————————————————————————

**Be sure to get your improved boost of zinc and pregnenolone today with The Real Red Pill Plus now at 50% off!**



WATCH LIVE

WATCH LIVE: THE MOST CENSORED NEWS BROADCAST IN THE WORLD

BRAND NEW 5G SHIRTS ARE HERE — ORDER YOURS TODAY



## RELATED ARTICLES





**TWITTER IS BEING ABUSED TO HARASS & DOXX MINORS**

SCIENCE & TECH



**YOUTUBE'S CHIEF PRODUCT OFFICER INSULTS HIS OWN USERS AS BASEMENT-DWELLING IDIOTS**

SCIENCE & TECH

**US UNIVERSITIES CREATING SOCIAL CREDIT CORONAVIRUS SURVEILLANCE SYSTEM**

SCIENCE & TECH

**CHINESE TELECOMS BUILD 5G BASE STATIONS ON MT. EVEREST**

SCIENCE & TECH

**LEFTISTS FUME AS MICHAEL MOORE TURNS ON FRAUDULENT "GREEN" MOVEMENT IN LATEST MOVIE**

SCIENCE & TECH

# SEARCH

Search for articles 





# LISTEN TO THE ALEX JONES SHOW – HERE'S HOW

**Podcast** | **Listen** | **On Demand** | **Archive**
WEEKDAYS 11–3PM AND SUNDAY 4–6PM
**How To Get The Banned Infowars Podcasts On Your Smartphone** - Find out how to subscribe to our shows!

## WATCH LIVE NOW

 WATCH LIVE: THE MOST CENSORED NEWS BROADCA…

## LATEST STORIES

Houellebecq: Coronavirus Will Increase Atomisation of Society

The Big Money Behind Fauci & Friends' Covid Response Favors Big Pharma – Watch Live

Communities Rally Behind Farmers & Ranchers Amid Food Shortage Scare

Woman Sentenced To Week In Jail For Refusing To Apologize For Reopening Salon

Politico Founder: 'I Want A Coronation' Of Joe Biden, Not A Rape Investigation

Exclusive: Eyewitness To Tyrannical Texas Sheriff Speaks Out

## GET INFORMED

Get the latest breaking news & specials from Alex Jones and the Infowars crew.

Email Address

**SUBSCRIBE**

## VISIT OUR STORE SHOP HERE→

### SURVIVAL SHIELD X-2
**Your Price: $39.95**
**On Sale: $19.95**
The globalists want you to be run down and unhealthy so they can dominate your life. Fight back with one of nature's greatest essentials.





**BUY NOW**

**LEARN MORE**

## ILLUSTRATION



## POLLS

Researcher David Icke questions whether coronavirus is real, or a hoax. What do you think?

○ It's real, just overblown.

○ It's real, and it's bad.

○ It's fake, a mass hoax to take rights.

○ It's probably fake, but hard to be sure.

○ It's probably fake, but hard to be sure.

○ I don't know.

Vote    View Results

# INFOWARS

© 2020 Infowars.com is a Free Speech Systems, LLC Company. All rights reserved. Digital Millennium Copyright Act Notice.

| | | |
|---|---|---|
| Radio | Archive | About Alex Jones Show |
| Video | Advertise | Subscribe |
| NewsWars | Watch Alex Jones Show | Contact |
| PPTV | Most Recent | |
| Banned.Video | D.M.C.A. | |
| Store | Corrections | |
| Infowars Life | | |
| T.O.S. | | |

# INFOWARS

© 2020 Infowars.com is a Free Speech Systems, LLC Company. All rights reserved. Digital Millennium Copyright Act Notice.