IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AMANDA MUSTARD, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:20-CV-485-RP |
| INFOWARS, LLC, | § § § | |
| Defendant. | § | |

**ORDER**

Counsel for Defendant filed a notice of appearance on May 21, 2020. (Dkt. 6). Local Rule CV-16(c) requires the parties to submit a proposed scheduling order to the Court no later than 60 days after any appearance of any defendant. (*See also* 2d. Am. Emergency Order, Dkt. 11, at 1 (noting that emergency procedures supplement the Local Rules, to which parties are still subject)). On July 21, 2020, the Court ordered the parties to file their overdue proposed scheduling order by July 28, 2020. (Order, Dkt. 13, at 1). To date, the parties have not done so.

Accordingly, **IT IS ORDERED** that the parties shall each show cause, in writing, by **August 5, 2020**, as to why the Court should not impose sanctions against them or their counsel for failure to comply with the Court's orders.

**IT IS FURTHER ORDERED** that the parties shall each file their overdue notices as soon as practicable, but no later than **August 5, 2020**.

**SIGNED** on July 29, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE